Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
### WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

**FILED**

CLERK U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SEP 28 2009
BY
DEPUTY CLERK

| | |
|---|---|
| **Offender Name:** | Clarence Ray Givins |
| **Docket Number:** | 1:95CR05161-02 OWW |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 07/22/1996 |
| **Original Offense:** | Count 4: 21 USC 841(a)(1), Distribution of Cocaine Base (CLASS A FELONY);<br>Count 6: 21 USC 841(a)(1), Possession With the Intent to Distribute Cocaine Base (CLASS A FELONY) |
| **Original Sentence:** | 151 months custody Bureau of Prisons; 60 months supervised release; $100 special assessment; Mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) Drug and alcohol treatment. |
| **Other Court Action:** | None |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 05/26/2006 |
| **Assistant U.S. Attorney:** | Mark Cullers    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Robert W. Rainwater    **Telephone:** (559) 487-5561 |
| **Other Court Action:** | |

| | |
|---|---|
| **07/17/2008:** | Probation Form 12A1 filed with the Court, no adverse action recommended based on driving while under the influence. |

RE:   **GIVENS, Clarence Ray**
      **Docket Number:  1:95CR05161-02 OWW**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

<u>08/28/2009:</u>                      Probation Form 12A1 filed with the Court, no adverse action
                                recommended based on positive drug test for cocaine on July
                                24, 2009.

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

As directed by the probation officer, the offender shall complete up to 20 hours of
unpaid community service per week until employed for at least 30 hours per week or
participating in a previously approved educational or vocational program.

**Justification:**  On May 30, 2006, the offender commenced a 60-month term of supervised release.
On August 31, 2009, the offender tested positive for cocaine, a second time within a two-month
period.  As a result of the noncompliant behavior, the offender was directed to continue to submit
to urinalysis four times per month.  Further, as the offender has not been employed for several
months, the above special condition will not only address issues of accountability but will motivate
the offender to seek full-time employment.  The offender has agreed to this modification and signed
the Probation Form 49 Waiver, which is attached to this report for the Court's consideration.

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

**RE:** **GIVENS, Clarence Ray**
**Docket Number:  1:95CR05161-02 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Adrian Garcia

**Adrian Garcia**
**United States Probation Officer**
Telephone:  (559) 499-5715

**DATED:**      September 23, 2009
                     Fresno, California
                     AG

**REVIEWED BY:**     _/s/ Marlene Deorian for:_
                                **Hubert J. Alvarez**
                                **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

[X]    Modification approved as recommended.

( )    Modification not approved at this time.  Probation Officer to contact Court.

( )    Other:

_9- 2.5 - 69_

**Date**                                    **Signature of Judicial Officer**

cc:    United States Probation
       Mark Cullers, Assistant United States Attorney
       Robert W. Rainwater, Assistant Federal Defender
       Defendant
       Court File